**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON LUSSIER, | Case No. 8:25-cv-01270-RGK-SP |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| CITY OF ANAHEIM, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss (docket no. 69) is granted, and Judgment will be entered dismissing the Second Amended Complaint

//

//

//

1

and this action without leave to amend and with prejudice, except for plaintiff's state law claims which are dismissed without prejudice to plaintiff reasserting them in state court.

Dated: 5/1/2026

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE