# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JASON LUSSIER,

               Plaintiff,

        v.

CITY OF ANAHEIM, et al.,

               Defendants.

Case No. 8:25-cv-01270-RGK-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed with prejudice, except for the state law claims which are dismissed without prejudice to plaintiff reasserting them in state court.

Dated: 5/1/2026

_Gary Klausner_

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE